JS - 6

**FILED: 10/25/13**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE AVILA, </br></br> Plaintiff, </br></br> vs. </br></br> CAVALRY PORTFOLIO SERVICES, LLC, </br></br> Defendants. | **CASE NO. EDCV 13-1660 GHK (DTBx)** </br></br> **ORDER OF DISMISSAL** |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled,

    **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

DATED: 10/25/13

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE